FORM NO. 2 (LF002)

# United States Bankruptcy Court
## Western District of Tennessee

In re **Gloria Dianna Jones**  
Debtor(s)

Case No. 16-12012  
Chapter **13**

## CHAPTER 13 PLAN- AMENDED
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Gloria Dianna Jones** | S.S.# **xxx-xx-3803** |
| | (W) | S.S.# |
| ADDRESS: | **80 Jamar Lane** | |
| | **Henderson, TN 38340** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **109.00** | (**weekly**, ~~every two weeks~~, ~~semi-monthly~~, ~~monthly~~) |
| PAYROLL DEDUCTION: | **YES** | OR ( ) DIRECT PAY |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: **October 27, 2016** | |
| PLACE OF EMPLOYMENT: | **Anvil International, LLC** | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

MONTHLY PLAN PMT.

| | | | |
|---|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | | $ **0.00** |
| | Child support arrearage amount | | $ **-NONE-** |
| PRIORITY CREDITORS: | **-NONE-** | | $ **-NONE-** |
| HOME MORTGAGE: | If no arrearage, ongoing payments are to be paid directly by the debtor(s). | | |
| **Ocwen Loan Servicing** | Ongoing pmt. Begin **TO BE PAID OUTSIDE** | | $ |
| | Approx. arrearage | Interest   % | $ |

| SECURED CREDITORS; (retain lien 11 U.S.C. Sec. 1325{a}{5}) | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **First Heritage Credit** | $ 3,556.68 | 10.00 % | $ 76.00 |
| **Republic Finance** | $ 4,070.56 | 8.00 % | $ 85.00 |
| **World Finance** | $ 4,197.62 | 8.00 % | $ 85.00 |
| **First Metropolitan Financial Services, Inc.** | $ 1,261.05 | 8.00 % | $ 26.00 |

UNSECURED CREDITORS:   Percentage to be paid to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$9,279.00**

TERMINATION:   Plan shall terminate upon payment of the above, approximately **60** months.

***** PAYMENT REFLECTS EQUITY IN PROPERTY**

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN. Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. General unsecured creditors will receive percentage determined by the Chapter 13

DEBTOR'S ATTORNEY:   **RICHARD H. WALKER 014166**  
**WALKER LAW OFFICE**  
**P.O. BOX 530**  
**LEXINGTON, TN 38351**  
**731-968-3356 Fax:731-968-3350**