**Dated: May 10, 2017**
**The following is SO ORDERED:**

_____
Jimmy L. Croom
**UNITED STATES BANKRUPTCY JUDGE**

**UNITED STATES BANKRUPTCY COURT
IN THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

IN RE:                                                                                   No. 16-12012-JIMMY L. CROOM -13
**GLORIA DIANNA JONES AKA GLORIA
DIANNA THOMPSON
80 JAMAR LANE
HENDERSON, TN 38340
SOCIAL: XXX-XX-3803
Debtor**

**OCWEN LOAN SERVICING, LLC as
mortgage servicer for WELLS FARGO BANK,
N.A. AS TRUSTEE FOR OPTION ONE
MORTGAGE LOAN TRUST 2002-A, ASSET-
BACKED CERTIFICATES, SERIES 2002-A**
MOVANT

vs.

**Gloria Dianna Jones aka Gloria Dianna
Thompson and
Timothy H. Ivy, TRUSTEE**

### AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY

IT APPEARING to the Court that based upon the signatures of Counsels for Movant, Ocwen Loan Servicing, LLC as mortgage servicer for Wells Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust 2002-A, Asset-Backed Certificates, Series 2002-A, Debtor and Timothy H. Ivy Chapter 13, Trustee, the parties have agreed and the following is hereby ORDERED.

1.     Debtor has failed to make post-petition payments and currently has post-petition arrears for the months of October 1, 2016 through April 1, 2017 in the amount of $510.91 each, totaling $3,576.37.

2. The ongoing mortgage will be paid by the Trustee beginning May 1, 2017, in the amount of $510.91.

4. The post-petition mortgage arrearage of $3,576.37 (0% interest on arrears) shall be paid by the Trustee through the plan at an amount to be determined by the trustee to Ocwen Loan Servicing, LLC, 1661 Worthingon Rd, Suite 100, West Palm Beach, FL 33409.

5. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay.

6. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

7. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the court and the court shall enter an order granting Movant relief from the automatic stay.

8. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

9. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

10. The parties agree that a facsimile or electronic signature shall be considered an original signature.

**IT IS SO ORDERED.**

APPROVED FOR ENTRY:

*By:*　*/s/ Joshua I. Goldman*
　　　Joshua I. Goldman
　　　Attorneys for Ocwen Loan Servicing, LLC
　　　MACKIE WOLF ZIENTZ & MANN, P.C.
　　　5217 Maryland Way, Suite 404
　　　Brentwood, TN 37027
　　　(615) 238-3630
　　　(615) 777-4517
　　　jgoldman@mwzmlaw.com

By:    <u>*/s/ Richard H. Walker (with permission)*</u>
       Richard H. Walker
       Walker Walker & Walker
       Attorneys at Law
       P.O. Box 530
       Lexington, TN 38351

By:    <u>/s/ Timothy H. Ivy</u>
       Timothy H. Ivy
       P.O. Box 1313
       Jackson, TN 38302-1313
       Chapter 13 Trustee


CC via CM/ECF or United States Mail:
Debtor
Debtor's Attorney
Chapter 13 Trustee
US Trustee