**Dated: September 11, 2017**
**The following is SO ORDERED:**

_____
**Jimmy L. Croom**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION

_____

IN RE: Gloria Dianna Jones                           CHAPTER 13
    Debtor(s),                                        CASE NO.: 16-12012

_____

ORDER ON DEBTOR'S MOTION UNDER RULE 3002.1(e) AND MODIFY PLAN

_____

It appears to the Court upon the motion of the debtor(s) under Rule 3002.1(e) that the

$831.00 in fees, expenses and/or other charges contained in a notice filed by Ocwen Loan Servicing

LLC as Servicer for Wells Fargo Bank, NA as Trustee for Option One Mortgage Loan Trust

2002-A Asset-Backed Certificates, Series 2002-A (herein called mortgagee) under Rule 3002.1

(c) on July 17, 2017 are not required to be paid by either the underlying agreement or applicable

non bankruptcy law to cure a default or maintain payments in accordance with 11 U.S.C.

§1322(b)(5) and that said amount should not be recoverable against debtor(s) or against the

collateral.

IT IS THEREFORE ORDERED that the mortgagee is prohibited from collecting said

amounts from debtor(s) or against the collateral.

IT IS FURTHER ORDERED that the mortgagee shall not be allowed to recover any

charges against the debtor(s) or against its collateral to resolve this motion.

IT IS FURTHER ORDERED that any orders that provide otherwise are hereby vacated.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall enter such orders as my

be required to properly fund the plan over the remaining term of the plan.


Approved by:

/s/ Richard Walker                              /s/ Timothy H. Ivy
Richard Walker, #014166                         Timothy H. Ivy
Attorney For Debtor                             Chapter 13 Trustee
P.O. Box 530                                    P.O. Box 1313
Lexington, TN 38351                             Jackson, TN 38302-1313
(731) 968-3356                                  (731) 664-1313


### CERTIFICATE OF SERVICE

I, Richard Walker, on this the 5th day of September, 2017 do hereby certify that I have e-filed the foregoing Order to the Chapter 13 Trustee and the following interested parties will be serviced by the United States Bankruptcy Court:


Debtor(s)
Debtor(s) Attorney
Case Trustee
Ocwen Loan Servicing, LLC as Servicer for Wells Fargo Bank, NA as Trustee for Option
    One Mortgage Loan Trust 2002-A Asset-Backed Certificates, Series 2002-A,
    Attn: Cash Department, West Palm Beach Fl 33409
Kyle Stewart, Sharpiro & Ingle, LLP, 10130 Perimeter Parkway, Suite 400, Charlotte,
    NC  28216
Registered Agent: Corporation Service Company, 2908 Poston Ave., Nashville, TN
    37203-1312- USA
All Entities on Matrix


/s/ Richard Walker
Richard Walker #014166